AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Denis Corea-Miranda<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)  8:25-mj-2873-TGW<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 26, 2025__ in the county of __Polk__ in the
__Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly resisting, opposing, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Leanna Richardson, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 27, 2025

_____
*Judge's signature*

City and state:    Tampa, Florida         HON. THOMAS G. WILSON, U.S.M.J.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Leanna Richardson, being duly sworn, hereby depose and state as follows:

1. I am employed as a Special Agent with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and am currently assigned to Tampa, Florida. I have been employed as a federal law enforcement agent since August of 2024.

2. As a Special Agent, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of removable aliens in accordance with these laws. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

3. I submit this Affidavit in support of a criminal complaint charging Denis COREA-Miranda ("**COREA**") with forcibly resisting, opposing, or impeding certain officers or employees, in violation of 18 U.S.C. § 111(a)(1). The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. I have included only those facts that I believe are necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

4. In August of 2025, HSI Special Agents were investigating Denis COREA-Miranda, a citizen of Nicaragua, who was unlawfully present in the United

States and who had been ordered removed from the United States by an immigration judge on or about May 27, 2025, but had failed to depart from the United States as ordered.

5. On or about August 26, 2025, HSI Special Agents, ICE Enforcement and Removal Operations ("ICE-ERO") Officers, and other law enforcement officers were conducting surveillance at 920 Buccaneer Drive, Lakeland, Florida 33801, an address that Special Agents identified as where **COREA** resided. Agents observed **COREA** and two unidentified males exit the residence and enter a white Ford F-150 parked in the driveway of the residence.

6. ICE-ERO Officer C.W. ("C.W.") and HSI Agent B.H. ("B.H.") followed the white Ford F-150 after it left the residence and stopped the vehicle at 3131 Reynolds Road, Lakeland, Florida 33801, to arrest **COREA** in connection with his order of removal.

7. B.H. and C.W., with insignia clearly identifying them as "Police", approached **COREA** and identified themselves as law enforcement. B.H. asked **COREA** for his identification and confirmed his identity. B.H. then instructed **COREA** to step out of the vehicle and **COREA** exited the front passenger door of the vehicle.

8. While being questioned by B.H., **COREA** fled from B.H. and C.W. on foot. C.W. pursued **COREA** and tackled **COREA** to the ground. While on the ground, a struggle ensued, and **COREA** physically resisted C.W.'s attempts to place

him under arrest by continuing to struggle.

9. Upon witnessing C.W. struggle with **COREA**, B.H. attempted to assist C.W. with the arrest, and **COREA** physically resisted B.H. attempts as well by continuing to struggle.

10. During the struggle, **COREA** attempted to stand multiple times and refused to comply with B.H. and C.W.'s commands. **COREA** also repeatedly pulled B.H. and C.W. to the ground during the struggle and used his strength and size to attempt to subdue agents.

11. During the struggle, **COREA** ended up on top of C.W. and held C.W. to the ground.

12. After an extended struggle, during which **COREA** continued to refuse to comply with instructions and resisted agents attempts to place him under arrest, B.H. deployed her oleoresin capsicum ("OC") spray in an attempt to effect the arrest of **COREA**.

13. After the deployment of the OC spray, **COREA** continued to resist B.H. and C.W.'s attempts to place him under arrest and ultimately absconded by fleeing the scene on foot. B.H. and C.W. pursued **COREA** on foot but ultimately lost visual of him. At that time, B.H. and C.W. requested assistance from Polk County Sheriff's Office ("PCSO").

14. **COREA** was located hiding on the property of a business in the area after a witness alerted law enforcement of his presence. When PCSO arrived on the

property, **COREA** had fled on foot. PCSO deputies located **COREA** hiding in woods nearby. PCSO deputies attempted to arrest **COREA**, who ignored the deputies' lawful commands, resisted their attempts to arrest him, and fled again on foot.

15. Ultimately, PCSO Deputies located **COREA** again in the woods and warned him that he would be tased if he did not comply. **COREA** then complied and was arrested without further incident.

16. During a post-*Miranda* interview conducted by PCSO, **COREA** stated he ran from B.H. and C.W. after exiting the vehicle. **COREA** stated he attempted to evade B.H. and C.W. placing him under arrest. **COREA** stated there was a struggle between him and B.H. and C.W.

17. C.W. sustained a dislocated shoulder during the struggle with **COREA** and sought medical treatment as a result.

## CONCLUSION

18.     Based on the foregoing information, I believe that probable cause exists that **COREA** forcibly resisted, opposed, or impeded certain officers or employees, while they were engaged in their official duties, in violation of 18 U.S.C. § 111(a)(1).

_____
Leanna Richardson
Special Agent
Homeland Security Investigations

_____
HONORABLE THOMAS G. WILSON
United States Magistrate Judge